IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**
MAY - 6 2009
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br>DANIEL KNIGHT HAYDEN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  No. __CR 09-151 L__<br>)<br>)<br>)  Violation: 18 USC § 875(c)<br>)<br>) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Interstate Transmission of Threatening Communication)

On or about April 11, 2009, in Oklahoma City, Oklahoma, in the Western District of Oklahoma,

-------------------------------- **DANIEL KNIGHT HAYDEN,** --------------------------------

the defendant herein, did knowingly transmit in interstate commerce a communication, via internet, that threatened to kill or injure police officers in the vicinity of the Oklahoma State Capitol.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

*[signature]*

Deputy FOREPERSON OF THE GRAND JURY

JOHN C. RICHTER
United States Attorney

*[signature]*

ANDRE B. CALDWELL
Assistant U.S. Attorney