0964-0415-1730-5

# United States District Court

__WESTERN__ DISTRICT OF __OKLAHOMA__

RECEIVED APR 15 2009 U.S. MARSHALS W/OK

UNITED STATES OF AMERICA
V.
DANIEL K. HAYDEN

(Wherever Found)

**WARRANT FOR ARREST**

CASE NO: M-09- 70 -RO

CR-09-151-L

**SEALED**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest DANIEL K. HAYDEN

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Interstate Transmission of Threatening Communication,

in violation of Title 18, United States Code, Section 875(c).

Bana Roberts
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer
BR
April 15, 2009 at Oklahoma City, Oklahoma
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at ~~[redacted]~~ OKLAHOMA City, OK |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/15/2009 | BRUCE G. HUDSON SPECIAL AGENT - FBI | [signature] Bruce L. Hudson |
| DATE OF ARREST 4/15/2009 | | |