JUNE 12, 2009
PAGE ONE

HON. JUDGE TIM LEONARD:

Judge Leonard,

I am writing you this letter as I am unable to appear in your court or communicate with you in any other fashion. The purpose of this letter is to serve as a "Motion" and to move the court, your court, to act on my behalf. Specifically, I ask you to remove Teresa Brown from my case, from my sight, & from my life. Susan Otto has told me that if I do NOT want Teresa Brown as my counsel then I must remove the entire Federal Public Defender's office & staff from my case also so please do this. If I never see any of them again in my entire life it will be too soon.

I choose to present myself in your court. I have NO desire to ~~rep~~ be RE-presented by anyone else. I understand that this choice is mine; reasons for this choice being not required, I will BRIEFLY proffer some for my own edification.

1) Teresa Brown has lied to me on a number of occasions in violation of Oklahoma deception & tort laws and the American Bar Association Code of Lawyer ethics, Susan Otto has backed her up on every occasion she has done this.

a) One notable lie ~~at~~ Ms. Brown told me is that depositions are NOT allowed in Federal Criminal Procedure. I found this to be a lie with eight paragraphs allowing depositions in FRCrP.

2. Ms. Brown has REFUSED to file written motions on my behalf. SPECIFICALLY, AFTER FIFTY-FIVE DAYS of MY CAPTIVITY, MS. BROWN HAS REFUSED

TOP

to FILE A MOTION IN YOUR COURT TO OBTAIN ALLL DISCOVERY AND ~~STE~~ MS. BROWN HAS REFUSED to OBTAIN A LETTER SIGNED by the prosecution stating as much either

3. Ms. Brown has gone out of town for weeks at a time to leave me languishing ~~in jai~~ behind bars with no alternative but to await her return.

4. Ms. Brown has REFUSED to obtain any of the evidence I have asked her to obtain for my defense.

5. Ms. Brown has refused for over 50 (fifty) days to contact the prosecution about ~~and~~ modifying the terms of my release or anything else.

6. Ms. Brown, & the Federal Public Defender's office have REFUSED to ASK the PROSECUTION ^FOR ME to GO to A LAW LIBRARY WHILE AT the CARVER CENTER while they indicated that it is best if I "REPRESENT" myself.

7. MS. BROWN & MS. OTTO HAVE CAUSED ME UNTOLD GRIEF & PHYSICAL REACTIONS INCLUDING NAUSEA & ANGINA WHICH HAVE CAUSED ME TO BE HOSPITALIZED TWICE, WHICH HAVE CAUSED ME TO LOSE TWENTY pounds in ~~two months~~ less than two months

8. Ms. Brown has misrepresented me at my most recent pretrial release hearing on JUNE 10/2009 in the following:

a) I was misquoted by her as testimony.

b) I was NOT allowed to testify myself.

c) NO witnesses were called on my behalf

NOR WAS I ALLOWED TO CALL ANY WITNESSES, SPECIFICALLY the following Carver Center employees:

1. LISA HOLT
2. HEATHER HERNDON
3. Ofc. JOHNSON
4. Ofc. PARKS } SUPERS
5. Ofc PITTS } ADMIN
6. MAINTENANCE MAN: RAY
7. LADY IN CHARGE of KITCHEN.
8. OTHER

I AM PRESENTLY INCARCERATED IN A METAL BOX IN CHICKASHA AS A RESULT of HER & SUSAN'S REPRESENTATION. I CAN CERTAINLY DO NO WORSE ALL BY MYSELF, SIR.

PLEASE GET THESE LYING WITCHES OUT of MY LIFE.

THANKS, - David Knight Hayden CASE 5:09-cr-00151-L

Daniel Knight Hayden
GRADY COUNTY JAIL
CHICKASHA, OKLAHOMA

OKLAHOMA CITY OK 731
15 JUN 2009 PM 3

SEABISCUIT USA 44

Rec'd 6-16-09

Hon. Judge Tim Leonard
200 NW 4th Street
(OLD POST OFFICE BUILDING)
Oklahoma City, Oklahoma

73102+3031