IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUL 2 0 2009
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-09-151-L |
| ) | |
| DANIEL KNIGHT HAYDEN, ) | |
| ) | |
| Defendant. ) | |

## VERDICT

We, the jury, being duly sworn and upon our oaths find the defendant, Daniel Knight Hayden,

_____ Not Guilty        \_\_\_\_X\_\_\_\_ Guilty

of knowingly transmitting in interstate commerce a communication, via internet, that threatened to kill or injure police officers in the vicinity of the Oklahoma State Capitol.

7/20/09
DATE

_____
PRESIDING JUROR