Monday, December 6,

Honorable Judge Tim Leonard,

Please do the following actions which I have enumerated for clarity:

1) Court time/date stamp this letter showing receipt.
2) Court time/date stamp this envelope showing receipt.
3) Retain this letter and enter it into the official records of the Western District of Oklahoma.
4) Retain this envelope and enter it into the official records of the Western District of Oklahoma.
5) Photocopy this letter.
6) Photocopy this envelope.
7) Send me a NOTICE OF APPEAL for the 10th Circuit.
8) Send me a PAUPER'S AFFIDAVIT for the 10th Circuit.
9) Send me a PAUPER'S DECLARATION for the 10th Circuit.
10) Send me the court stamped photocopies of this letter and this envelope in the same envelope with numbers seven, eight, & nine above.
11) Do this in a timely fashion.

I am requesting this of you, sir, because I have already written to your court clerk concerning this and your court clerk will not even acknowledge receipt of my letter. I consider this inaction by your court clerk a denial of due process and a violation of the law which, no matter how many times you or your court officers do it, I still find unacceptible.

Respectfully

Signed this 9th day December 2009  Daniel [signature] Heyler

P.S. Please also have your court clerk mail me the complete transcript of my bond revocation hearing in front of Bana Roberts on June 11, 2009 as your court appointed counsel has told me "I don't have to do that" for months that I have demanded he do so.

Daniel Knight Hayden
Grady County Detention Ctr.
215 N. 3rd St.
Chickasha, Oklahoma
73018

C81

Honorable Judge Tim Leonard
200 NW 4th Street
Oklahoma City, Oklahoma
7310

Received 12-14-09