January 12, 2010

Dear Honorable Judge Tim Leonard

Point(s) of ORDER:

I have submitted thirty-nine handwritten objections to my PRESENTENCE INVESTIGATION REPORT to your court appointed counsel, Joseph L. Wells, in a timely manner.

I have submitted twenty-five objections to my Psychological Evaluation # as an Addendum to my PRESENTENCE INVESTIGATION REPORT to Mr. Wells in a timely manner also; handwritten.

In addition to these, Mr. Wells has sent me a letter dated January 6, 2010 in which he proposes seven objections to my PRESENTENCE INVESTIGATION REPORT. This makes a total of thirty-nine plus twenty-five plus seven equals seventy-one objections to my PRESENTENCE INVESTIGATION REPORT.

As Mr. Wells and his office have refused to answer my telephone calls in over a week, Mr. Wells has effectively broken off communication with me at this most crucial time in Due Process so we have discussed neither my objections nor my Addendum, nor any other Addendum, to my PRESENTENCE INVESTIGATION REPORT. Therefore, sir, since Mr. Wells is YOUR counsel, I ask that You assure that Mr. John Carpenter

Prosecution, both receive all seventy-one objections in a timely manner. You can probably do this as easily as just giving Mr. Wells a ring at (405) 942-8800 on his telly. Doesn't work for me tho.

Also, sir, I provided Dr. Randall Rattan at Fort Worth Correctional Institute a copy of my <u>thirteen</u> page PRESENTENCE INVESTIGATION REPORT. Not only did Dr. Rattan say that he had NEVER seen a PSI before, he wrote in his Psychological Evaluation that this report was <u>seventeen</u> pages and included an "Addendum". Will you please tell me what Dr. Rattan is referring to here as your court appointed counsel won't?

Also, sir, on September 29, 2009 in your open court you told me that you were going to give the three letters you said I wrote to you to Dr. Rattan for my Psychological Evaluation. Despite my many requests of Dr. Rattan that he show me these letters so that I might discuss them with him, he steadfastly insisted that he has never received these letters from you. He did let me read all the papers he received from you, handing them to me as he took them out of the envelope and, while I did see eighty-nine pages of Internet IP addresses, my personal examination saw no letters either. Will you please explain these anomalies? As always, please enter this in the court record. Thank you very much for your honor and your devotion to justice and the truth.

Daniel Knight Hayden
Grady County Det. Ctr.
215 N-3rd
Chickasha, OK
73018

Rec'd
1-14-10

Honorable Judge Tim Leonard
CR Post Office BLDG
20 NW 4th St
Oklahoma City, OK
73102

73102+3026